# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 6 2020

July 15, 2020

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JUL 1 6 2020

Re: **United States v. John Blair**
**20 CR 342 (GBD)**

Dear Judge Daniels:

I write, at the request of Pretrial Services, to seek a temporary modification of Mr. Blair's bail conditions.

On May 8, 2020, on Docket 20 Mag. 4760, the Honorable Jed S. Rakoff released Mr. Blair with strict bail conditions that included home incarceration enforced by location monitoring. On July 1, 2020, on Docket 20 Mag. 5797, before the Honorable Katherine H. Parker, Mr. Blair was released, with the agreement of the Government, on the same bail conditions previously set in 20 Mag. 4760. The bail conditions require that if Mr. Blair needs to access medical services, he must communicate with counsel who will seek approval from Pretrial Services and request permission of the Court.

On July 10, 2020, Judge Sarah Netburn, modified Mr. Blair's conditions of bail to allow him to attend an MRI on today's date, July 15, 2020. In accordance with the modification, Mr. Blair was permitted to remove his ankle bracelet for the MRI procedure and was instructed to appear immediately thereafter at Pretrial Services to have the bracelet replaced. I am informed by Pretrial Services, that Mr. Blair

was not permitted to enter the United States Courthouse at 500 Pearl Street because he had a fever of 100.7 and reported that he had vomited. Mr. Blair was instructed by Pretrial Services to return home and await further instructions. Pretrial Services has requested that undersigned counsel seek a temporary modification of bail to allow Mr. Blair to be supervised by alternative methods as deemed appropriate by Pretrial Services for a period of 14 days to allow him to self-quarantine.

Respectfully submitted,

/s/ *Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc   AUSA Rebecca Dell
     PTO Joshua Rothman
     PTO Bernisa M. Mejia