# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

David E. Patton
*Executive Director*

August 7, 2020

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: AUG 1 0 2020

Re:   **United States v. John Blair**
       **20 CR 342 (GBD)**

Dear Judge Daniels:

   I write to request a temporary modification of Mr. Blair's bail conditions. Mr. Blair is released on home incarceration enforced by electronic monitoring. The bail conditions require that if Mr. Blair needs to access medical services, he must request permission of the Court. Mr. Blair will provide documentation to his Pretrial Services Officer upon request.

   Mr. Blair has the following two medical appointments that he requests permission to attend:
   1. On Saturday, August 8, 2020, a COVID-19 test.
   2. On Thursday, August 13, 2020, an outpatient minimally invasive medical procedure. This appointment is in New Jersey, requiring him to travel outside of the Eastern and Southern Districts of New York. He will be transported to and from the appointment by the agency providing the medical service.

   Respectfully, I request that Mr. Blair be permitted to attend both appointments.

   Respectfully submitted,

   */s/ Amy Gallicchio*

   Amy Gallicchio
   Assistant Federal Defender
   O: 212-417-8728
   M: 917-612-3274

Cc   AUSA Rebecca Dell
     PTO Joshua Rothman