U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: AUG 2 4 2020

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2020

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

AUG 2 4 2020

SO ORDERED

The August 25, 2020 conference is adjourned to September 23, 2020 at 9:00 a.m.

HON. GEORGE B. DANIELS

Re: **United States v. Calvin Blair and John Blair, 20 Cr. 342 (GBD)**

Dear Judge Daniels:

An in-person pretrial conference in the above-captioned case is currently scheduled for August 25, 2020. Defense counsel for both defendants have informed the Government that they wish to proceed remotely. The Government understands that the Court is next available for a remote proceeding on September 23, 2020 at 9:00 AM. Accordingly, the parties jointly request that the conference be adjourned to September 23, 2020 at 9:00 AM.

The Government respectfully requests that time be excluded under the Speedy Trial Act between August 25, 2020, through the next-scheduled conference so that defense counsel has an opportunity to review discovery and the parties have an opportunity to discuss a possible resolution to this case. *See* 18 U.S.C. § 3161(h)(7). The Government consulted with defense counsel, who do not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by: /s/ Rebecca Dell
Rebecca Dell
Assistant United States Attorney
(212) 637-2198