**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

**SO ORDERED**

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SEP 1 0 2020

The pretrial conference is scheduled for September 23, 2020 is adjourned to January 26, 2021 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:   <u>United States v. Calvin Blair and John Blair, 20 Cr. 342 (GBD)</u>

Dear Judge Daniels:

A remote pretrial conference in the above-captioned case is currently scheduled for September 23, 2020. The parties have conferred and jointly request that the conference be adjourned at least 90 days. The parties also request that the Court enter the proposed motion schedule.

| December 4, 2020 | Defense motion(s) due |
| January 15, 2021 | Government opposition due |
| January 29, 2021 | Defense reply due |

The Government respectfully requests, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), that time be excluded until the date of the pretrial conference so the defense has the opportunity to review discovery and make any appropriate motions and so the parties have an opportunity to discuss a possible disposition in this case. The defense consents.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:  /s/ Rebecca T. Dell
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

cc:   Stephanie Carvlin (ECF)
      Amy Gallicchio (ECF)