USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 7 2020

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 19, 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:
*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 2 7 2020

Re: **United States v. John Blair**
    **20 CR 342 (GBD)**

Dear Judge Daniels:

I write to respectfully request a temporary modification of Mr. Blair's bail conditions to permit him to travel to the New Jersey for a medical procedure on October 28, 2020. On August 10, 2020, the Court granted a similar request (ECF No. 20) and Mr. Blair complied with the travel conditions and expectations imposed by Pretrial Services. Furthermore, Mr. Blair remains in full compliance with all of his conditions of release.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc   AUSA Rebecca Dell
     PTO Joshua Rothman