# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

October 27, 2020

**Via ECF and EMAIL**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   **United States v. John Blair**
          **20 CR 342 (GBD)**

ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:

Dear Judge Daniels:

      I write to respectfully request a modification of Mr. Blair's bail conditions permit him to leave his residence ***today***, October 27, 2020, to go to Macy's in Bay Plaza, Bronx, New York. Mr. Blair just received a job offer at Macy's as a Seasonal Recovery Sales Associate to begin on November 16, 2020. He was instructed to report at 11:00 a.m. today to complete employment paperwork.

      After consultation with Mr. Blair's Pretrial Officer, I will request further modification of Mr. Blair's bail conditions as appropriate to accommodate his work schedule. Mr. Blair has been on home confinement since May 8, 2020 and has been fully compliant with Pretrial Services.

                        Respectfully submitted,

                        */s/ Amy Gallicchio*

                        Amy Gallicchio
                        Assistant Federal Defender
                        O: 212-417-8728
                        M: 917-612-3274

Cc    AUSA Rebecca Dell
       PTO Joshua Rothman