**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 29, 2020

**Via ECF and EMAIL**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels, U.S.D.J.*

Dated:_____OCT 2 9 2020_____

Re:   **United States v. John Blair**
      **20 CR 342 (GBD)**

Dear Judge Daniels:

I write, with the consent of Pretrial Services and without objection form the Government, to respectfully request a modification of Mr. Blair's bail conditions to remove the condition of home confinement and replace it with home detention with all other conditions remaining in place. As I previously informed the Court, Mr. Blair recently obtained employment at Macy's and this modification is necessary to permit him to work. Mr. Blair's starting date at Macy's is November 5, 2020.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc   AUSA Rebecca Dell
     PTO Joshua Rothman