# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 9, 2020

**Via ECF and EMAIL**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: NOV 0 9 2020

Re: **United States v. John Blair**
    **20 CR 342 (GBD)**

Dear Judge Daniels:

I write, with the consent of Pretrial Services, to respectfully request permission for Mr. Blair to attend his aunt's funeral services, and any other associated events, on Wednesday, November 11, 2020. Mr. Blair will provide further details and itinerary to Pretrial Services.

On October 29, 2020, the Court modified Mr. Blair's conditions to replace the condition of home confinement with home detention to permit employment. Mr. Blair remains in full compliance with his conditions of release.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc    AUSA Rebecca Dell
      PTO Joshua Rothman