**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA,                          :

          -against-                                  :

                                        ORDER

CALVIN BLAIR and JOHN BLAIR,                       :      20 Cr. 342 (GBD)

          Defendants.                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

GEORGE B. DANIELS, United States District Judge:

The pretrial conference currently scheduled for January 26, 2021 at 10:00 a.m. is adjourned

to February 23, 2021 at 10:30 a.m.  Time is excluded in the interest of justice pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       December 2, 2020

                                   SO ORDERED.

                                   GEORGE B. DANIELS
                                   United States District Judge