UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   20 CR 342 - 2
     -against-                      :   ORDER
                                    :
John Blair                          :
                                    :
          Defendant                 :
                                    :
------------------------------------X

George B. Daniels, United States District Judge:

ORDERED that the defendant is permitted to return the location monitoring equipment to Pretrial Services on Thursday, October 21, 2021 prior to his surrender to the Bureau of Prisons on Friday, October 22, 2021.

Dated: New York, New York
       October 21, 2021
       OCT 21 2021

                                        SO ORDERED

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE