UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff-Respondent,

   -against-

JOHN BLAIR,

                Defendant-Petitioner.

------------------------------------- x

ORDER

20 Cr. 342-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

On April 27, 2023, this Court received, by mail, Petitioner's *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (c)(1)(A) (ECF No. 95.) Petitioner's request for appointment of counsel is DENIED.

The Government is ordered to respond to Petitioner's *pro se* motion for reduction of sentence by May 19, 2023. Petitioner may reply to the Government's response no later than June 5, 2023.

The Clerk of Court is directed to mail a copy of this order to Petitioner. The Clerk of Court is further directed to note service on the docket.

Dated: New York, New York
       May 1, 2023

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE
                                                United States District Judge